AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Dennis Robinson ) | Case No: 1:06cr00034 |
| ) | USM No: 20321-068 |
| Date of Previous Judgment: 12/08/2006 ) | Thomas W. Patton, Assistant Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
　　☐ DENIED.　☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __40__ months **is reduced to** __32__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 19 | | Amended Offense Level: 17 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 37 to 46 months | | Amended Guideline Range: 30 to 37 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __12/08/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __06/26/2008__

Judge's signature

Effective Date: __06/26/2008__
(if different from order date)

U.S. District Court, Sean J. McLaughlin
Printed name and title